CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>     Plaintiff,<br><br>  v.<br><br>301 N. BRAND BOULEVARD, LLC, a Californ:a Limited Liability Company;<br>DA JUICE BAR, INC., a California Corporation; and Does 1-10,<br><br>     Defendants. | **Case:** 2:20-cv-07929-JEM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

    **PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Defendant 301 N. Brand Boulevard, LLC, a California Limited Liability Company and Da Juice Bar, Inc., a California Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 2, 2020     CENTER FOR DISABILITY ACCESS

                    By: <u>/s/ Amanda Seabock</u>
                    Amanda Seabock
                    Attorney for Plaintiff

1