# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-7929 JEM | Date | December 2, 2020 |
|---|---|---|---|
| Title | ORLANDO GARCIA v 301 N. BRAND BOULEVARD LLC et al | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(In Chambers) ORDER RE NOTICE OF VOLUNTARY DISMISSAL (Docket No. 22)**

The Court is in receipt of the Notice of Voluntary Dismissal filed by Plaintiff. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court orders this case dismissed with prejudice.

Initials of Preparer : slo